HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Linda_harter@fd.org

Attorney for Defendant
JAMES J. NUNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:14-MJ-181-KJN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE TRIAL |
| v. | ) ) | |
| JAMES J. NUNES, | ) ) ) | DATE: October 29, 2014 TIME: 9 a.m. JUDGE: Kendall J. Newman |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PETER M. MULARCZYK, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, attorney for defendant JAMES J. NUNES, that the Court vacate the status conference date of October 15, 2014, and set this matter for a new status conference on October 29, 2014, at 9:00 a.m.

The continuance is being requested because JAMES NUNES is in the process of obtaining a valid driver's license and the prosecution needs time to confirm JAMES NUNES' records with the Department of Motor Vehicles.

Dated: October 7, 2014                              Respectfully submitted,

                                                               HEATHER E. WILLIAMS
                                                               Federal Defender

                                                               */s/ Rachelle Barbour*
                                                               For LINDA HARTER
                                                               Assistant Federal Defender
                                                               Attorney for Defendant
                                                               JAMES J. NUNES

/ / /

| | |
|---|---|
| 1  Dated: October 7, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | |
| | */s/ Peter M. Mularczyk*<br>PETER M. MULARCZYK<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 15, 2014 status conference be continued to October 29, 2014, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  October 10, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

*U.S. v. Nunes*
Stipulation and Order

-2-