HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JAMES NUNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES NUNES,<br><br>　　　　　　　Defendant. | NO. 2:14-MJ-00181-KJN<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>DATE:　December 3, 2014<br>TIME:　9 a.m.<br>JUDGE: Kendall J. Newman |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PETER MULARCZYK, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, attorney for defendant JAMES NUNES that the Court vacate the status conference date of December 3, 2014, and set a new status conference date on January 28, 2015 at 9:00 a.m.

　　　　The continuance is being requested to allow JAMES NUNES to complete a driving test, to allow the prosecution to confirm JAMES NUNES' records with the Department of Motor Vehicles, and to allow the parties to complete further plea negotiations.

Dated: December 1, 2014　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Linda Harter*
　　　　　　　　　　　　　　　　　　　　　　　　　　　LINDA HARTER
　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES NUNES

*U.S. v. Nunes*
　Stipulation and Order
-1-

Dated: December 1, 2014            BENJAMIN B. WAGNER
                                                                   United States Attorney

                                                                     */s/ Peter Mularczyk*
                                                                     PETER MULARCZYK
                                                                     Per telephone authorization
                                                                     Special Assistant United States Attorney
                                                                     Attorney for Plaintiff

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 3, 2014 status conference be continued to January 28, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  December 2, 2014

                                                     _____
                                                     KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE