IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-mj-00181-KJN |
| Plaintiff, | ) ) | **ORDER TO SHOW CAUSE AND ORDER TO ISSUE SUMMONS RE: PROBATION REVOCATION** |
| v. | ) ) | |
| JAMES NUNES, | ) ) | |
| Defendant. | ) ) ) ) | |

### ORDER TO SHOW CAUSE AND ISSUE SUMMONS

It is Hereby Ordered that the defendant shall appear on January 27, 2016, at 9:00 a.m., to show cause why the probation granted on January 28, 2015, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///

///

///

///

///

///

ORDER TO SHOW CAUSE                                                        U.S. v. NUNES

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on January 27, 2016, at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 6, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE