BENJAMIN B. WAGNER
United States Attorney
ELLIOT C. WONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-MJ-00181-KJN |
| Plaintiff, | STIPULATION AND ORDER TO VACATE PROBATION REVOCATION HEARING AND UNOPPOSED MOTION TO WITHDRAW PETITION TO REVOKE |
| v. | |
| JAMES NUNES, | |
| Defendant. | DATE:  January 27, 2016<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Kendall J. Newman |

     The United States Attorney through its respective counsel, Elliot C. Wong, Special Assistant United States Attorney, and Linda Allison, attorney for the defendant, James Nunes, hereby stipulate

///
///
///
///
///
///
///
///

1

to vacate the probation revocation hearing scheduled for January 27, 2016, at 9:00 a.m.  The United States further moves to withdraw the petition to revoke, and the defendant is unopposed.

DATED: January 13, 2016     BENJAMIN B. WAGNER
                            United States Attorney


                            _/s/ Elliot C. Wong_____
                            ELLIOT C. WONG
                            Special Assistant U.S. Attorney

DATED: January 13, 2016     _/s/ Linda Allison_____
                            LINDA ALLISON
                            Chief Assistant Federal Defender
                            Counsel for Defendant

### ORDER

It is hereby ordered that the probation revocation hearing scheduled for January 27, 2016, at 9:00 a.m., is vacated.  It is further ordered that the United States' Petition to Revoke is withdrawn.

IT IS SO ORDERED.

Dated:  January 19, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2